*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-09-00805-CV

David **GOAD**,
Appellant

v.

**ZUEHL AIRPORT FLYING COMMUNITY OWNERS ASSOCIATION, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-1872-CV
Honorable Gary L. Steel, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed: April 28, 2010

DISMISSED FOR WANT OF PROSECUTION

On April 6, 2010, we ordered appellant to provide written proof to this court that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee. We cautioned appellant that if he failed to comply with our order within the time provided, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3. To date, appellant has not complied with our

order, and has indicated that he is unable to.  We therefore order this appeal dismissed for want of prosecution.

PER CURIAM